WILLIAM K. HEINOLD, Respondent, v. RUTH HEINOLD, Appellant.— Interlocutory judgment reversed on the law, with costs, and complaint dismissed, with costs, on the ground that the proof failed to establish the cause of action alleged in the complaint. All concur. (The interlocutory judgment is for plaintiff in an action to annul a marriage.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

EDWARD DALRYMPLE and ELECTA S. DALRYMPLE, Respondents, v. VILLAGE OF RANDOLPH, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to dismiss plaintiffs' complaint in an action to recover damages sustained by reason of the flooding of plaintiffs' farm land resulting from altering the flow of water in a creek.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

BENJAMIN GERKS, Appellant, v. IRVING R. BOODY & Co., INC., and POSTAL TELEGRAPH-CABLE COMPANY, Respondents.— Judgment modified by reducing the amount of the recovery from the sum of $824.23 to the sum of $574.23 and as modified affirmed, without costs of this appeal to any party. All concur. (The judgment dismisses plaintiff's complaint and grants judgment in favor of defendant Irving R. Boody & Co., Inc., on its counterclaim, in an action to recover a brokerage commission and to recover damages sustained by plaintiff by reason of defendant Postal Telegraph-Cable Company negligently transmitting a message as part of the transaction.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Application of SEYMOUR RUDOLPH, Respondent, for an Order Requiring RUDOLPH BROS., INC., Appellant, to Permit an Examination of the Books of Account, By-Laws and Other Papers and Records of Said Corporation.— Order modified by limiting the examination in certain particulars and as modified affirmed, without costs of this appeal to either party. All concur. (The final order directs defendant to permit petitioner, his attorneys and accountant to examine the records and papers of defendant corporation.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Judicial Settlement of the Accounts of ANNA BESNER, Administratrix, etc., of AGNES BESNER, Deceased.— Decree so far as appealed from affirmed, without costs of this appeal to any party. All concur. (The portion of the decree appealed from settles the accounts of an administratrix.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FERDINAND DE VALDOR, Also Known as FENTZY VAN DE VALDOR, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.